UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-22943-COOKE

**NATALY CANO LOPEZ**, on behalf of
herself and all others similarly situated,

    Plaintiff,

v.

**MIAMI-DADE COUNTY; HARVEY RUVIN**
as Clerk of the Circuit and County Courts of the
Eleventh Judicial Circuit; and **N. HARRIS
COMPUTER CORPORATION**,

    Defendants.
_____/

## STIPULATION OF DISMISSAL

    NOW COMES Plaintiff, by and through counsel, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own attorneys' fees and costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own attorneys' fees and costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

| Plaintiff | Defendants |
|---|---|
| By: *David P. Milian* | By: *Eric Samore* |
| **Counsel for Plaintiff** | **Counsel for N. Harris Computer Corporation** |
| | |
| David Milian, Esq. | Eric Samore |
| Ruben Conitzer, Esq. | Ron Balfour |
| Carey Rodriguez Milian, LLP | SMITHAMUNDSEN, LLC |
| 1395 Brickell Ave., Suite 700 | 150 N. Michigan Ave., Suite 3300 |
| Miami, FL 33131 | Chicago, IL 60601 |
| Telephone: (305) 372-7474 | Telephone: (312) 894-3200 |
| Facsimile: (305) 372-7475 | abower@salawus.com |
| Counsel for Plaintiff | **Counsel for Defendant** |
| dmilian@careyrodriguez.com | |
| **Counsel for Plaintiff** | |

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
BY: *Erica Zaron*
    Erica Zaron
    Assistant County Attorney
    Florida Bar No. 0514489
    Telephone: (305) 375-5151
    Facsimile: (305) 375-5634
    Zaron@miamidade.gov
    Counsel for Miami-Dade County


By _____
Counsel for Defendant Harvey Ruvin, as
Clerk of Courts

Cory W. Eichhorn
Phil Rothschild
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Cory.eichhorn@hklaw.com
Phil.rothschild@hklaw.com

2